# Court of Appeals
# of the State of Georgia

ATLANTA,__October 09, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19A1365, A19A1366. SIGOUIN v. WILLIS et al.**

Pursuant to Court of Appeals Rule 41 (g), the Appellant in these related appeals has moved for permission to withdraw the appeals. We hereby GRANT the motion to withdraw and deem both appeals WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/09/2019_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*